RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Kenneth Moore



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH MOORE AND LATOYA JONES,<br><br>Defendants. | Case No. 2:19-mj-363-VCF<br><br>~~STIPULATION~~ TO CONTINUE PRELIMINARY HEARING<br>(First Request)<br><br> |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Kenneth Moore, and Chris T. Rasmussen, counsel for Latoya Jones that the Preliminary Hearing currently scheduled on June 3, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The Government intends on making an early production of discovery to the Defendant in an effort to reach a pre-indictment plea agreement, and counsel for the Defendant will need time to review the discovery and discuss it with the Defendant.

2. The parties are researching the viability of entering into a pre-indictment plea agreement. Said plea agreement would obviate the need for either a preliminary hearing in this matter or for the Government to present this matter to a federal grand jury. Counsel for the Defendant will need additional time to discuss the Defendant's options with him.

3. Defendants are not incarcerated and do not object to a continuance.

4. Denial of this request for continuance of the preliminary hearing would potentially prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first request for continuance filed herein.

DATED this 29th day of May, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Heidi A. Ojeda<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | /s/ Susan Cushman<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |
| /s/ Chris T. Rasmussen<br>By_____<br>CHRIS T. RASMUSSEN<br>Counsel for Latoya Jones | |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH MOORE AND LATOYA JONES,<br><br>    Defendants. | Case No. 2:19-mj-363-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 3, 2019 at the hour of 4:00 p.m., be vacated and continued to July 16, 2019 at the hour of 4:00 p.m.

DATED this 30th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3