Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

Attorney for Kenneth Moore

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 9 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA  ORDER

| United States of America, | Case No. 2:19-mj-00363-VCF |
|---|---|
| Plaintiff, | ~~Stipulation~~ to Continue Preliminary Hearing |
| v. | (Third Request) |
| Kenneth Moore and Latoya Jones, | |
| Defendants. | |

The parties jointly request that this Court vacate the preliminary hearing scheduled for September 9, 2019, and continue it for at least 60 days because:

1. The government intends on making an early production of discovery to the defendants in an effort to reach a pre-indictment plea agreement. Two (of several) remaining lab tests are being rushed but remain incomplete. The government intends to disclose more discovery as it becomes available, and defense counsel will need time to review this discovery and discuss it with their clients.

2. A pre-indictment plea agreement would obviate the need for either a preliminary hearing or indictment by a grand jury.

3. Defendants are not incarcerated and do not object to a continuance.

4. Denial of this continuance would potentially prejudice the defendants and the government and would unnecessarily consume this Court's valuable resources.

5. Additionally, denial of this continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), considering the factors under § 3161(h)(7)(B)(i), (iv).

This is the third request for continuance.

DATED: September 6, 2019.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Shaheen Torgoley*<br>By_____<br>Shaheen Torgoley<br>Assistant United States Attorney |
| */s/ Chris T. Rasmussen*<br>By_____<br>Chris T. Rasmussen<br>Counsel for Latoya Jones | |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Kenneth Moore and Latoya Jones,<br><br>    Defendant. | Case No. 2:19-mj-00363-VCF<br><br>**Order Granting Third Stipulation to Continue Preliminary Hearing** |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the preliminary hearing currently scheduled on September 9, 2019, at 4:00 p.m. is vacated and continued to _November 15_ at the hour of _4:00_ p.m.

DATED this _9th_ day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

3