

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Kenneth Moore and Latoya Jones,<br><br>      Defendants. | Case No. 2:19-mj-00363-VCF<br><br>**Order Granting Seventh Stipulation to Continue Preliminary Hearing** |

      Based on the stipulation of counsel, the Court finds that defendants consent to continue the preliminary hearing for at least 60 days and that good cause exists to do so.

      IT IS THEREFORE ORDERED that the preliminary hearing scheduled for July 6, 2020, at 4:00 p.m. is vacated and continued to September 9, 2020 at the hour of 4:00 PM in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

      DATED this 6th day of July, 2020.

_____
Cam Ferenbach
United States Magistrate Judge

3