CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LATOYA JONES,<br><br>              Defendant. | Case No.: 2:19-mj-00363-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

## **FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for the Defendant needs additional time as parties are still negotiating the plea agreement;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## **CONCLUSIONS OF LAW**

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the preliminary hearing date by at least sixty days.

3. This is the eighth request for a continuance.

3

Accordingly, IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for September 9, 2020 at the hour of 04:00 p.m., be vacated and continued to November 18, 2020 at 4:00 PM in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 8th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4