CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
SHAHEEN TORGOLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: Shaheen.Torgoley@usdoj.gov
Counsel for Plaintiff United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-MJ-00363-VCF-2 |
| Plaintiff, | |
| vs. | **GOVERNMENT MOTION TO DISMISS CRIMINAL COMPLAINT WITH PREJUDICE** |
| LATOYA JONES, | |
| Defendant. | |

Based on Defendant Latoya Jones' successful completion of Pretrial Diversion, the government moves to dismiss the Criminal Complaint under this case number as to the named Defendant, Latoya Jones, with prejudice.

Dated this 15th day of April 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

_____/s/_____
SHAHEEN TORGOLEY
Assistant United States Attorney

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated this 15th day of April, 2021